United States District Court
Southern District of Texas
**ENTERED**
April 24, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALIM B. SHABANOV, A#094586997, | § § § | |
| Petitioner, | § § | |
| v. | § § | CIVIL ACTION NO. H-23-3136 |
| WARDEN TATE, Montgomery Processing Center, | § § § | |
| Respondent. | § § | |

## FINAL JUDGMENT

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED WITH PREJUDICE**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 24th day of April, 2024.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE